UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| **BRIAN KEITH BAILEY** and **STACEY BAILEY** )<br>)<br>)<br>)<br>**Plaintiffs** )<br>)<br>v. )<br>)<br>**TREY EXPLORAITON, INC.** )<br>)<br>**Defendant** )<br>) | Case No. 4:22-CV-1-JHM |

## NOTICE OF REMOVAL

\* \* \* \* \* \* \*

Comes Defendant, Trey Exploration, Inc. ("Trey"), by counsel, and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and other applicable law, hereby removes this action from the Circuit Court of Webster County of the Commonwealth of Kentucky to the United States District Court for the Western District of Kentucky, Owensboro Division. In support of this Notice of Removal, Trey states the following:

### IDENTIFICATION AND CITIZENSHIP OF PARTIES

1. Plaintiffs, Brian Keith Bailey and Stacey Bailey (collectively hereinafter the "Baileys"), are and was at all times relevant hereto citizens and domiciliaries of Webster County, Kentucky residing at 1211 Countryside Drive, Sebree, Kentucky 42455. Consequently, the Baileys are citizen of the Commonwealth of Kentucky for diversity jurisdiction purposes. *See* **Exhibit A**, Complaint and Jury Demand, ¶ 1.

2. Defendant, Trey, is and was at all times relevant hereto a corporation incorporated under the laws of the State of Indiana with its principal place of business in Newburgh, Indiana.

Consequently, Trey is a citizen of the states of Indiana for diversity jurisdiction purposes.

## PROCEDURAL HISTORY AND ALLEGATIONS

3. The Baileys first filed this case on November 11, 2021, in the Circuit Court of Webster County of the Commonwealth of Kentucky, Case No. 21-CI-00174. *See* **Exhibit A** (Copies of "all process, pleadings, and orders served" on Trey pursuant to 28 U.S.C. § 1446(a)).

4. Trey's registered agent was attempted to be served on or about December 6, 2021, with the Summons and Complaint for this action. *See* **Exhibit B** (Kentucky Docket Sheet Indicating Attempted Date of Service).

5. The Baileys' Complaint seeks damages based on the Baileys belief Trey was negligent in causing Mr. Bailey to be electrocuted.

## GROUNDS FOR REMOVAL

6. Based upon the facts alleged above, there is complete diversity of citizenship between the parties as the Baileys are citizens of Kentucky and Trey is a citizen of the state of Indiana. Therefore, the diversity of citizenship requirement set forth in 28 U.S.C. § 1332(a)(1) is satisfied. *See Lincoln Property Co. v. Roche*, 546 U.S. 81, 84 (2005) ("Defendants may remove an action on the basis of diversity of citizenship if there is complete diversity between all named plaintiffs and all named defendants ….").

7. Though the Baileys have not admitted or otherwise stated that the amount in controversy with respect to its claims against Trey exceeds the sum or value of $75,000.00, exclusive of interest and costs, Trey submits that the amount in controversy with respect to the Baileys claims against Trey exceeds the amount specified in 28 U.S.C. § 1332(a) and therefore, that this Court has original subject matter jurisdiction over the Baileys' claims against Trey pursuant to 28 U.S.C. § 1332. Therefore, the amount in controversy requirement set forth in 28

U.S.C. § 1332(a) is satisfied with respect to the Baileys' claims.

8. For the above reasons, this Court has original subject matter jurisdiction over the Baileys' claims against Trey pursuant to 28 U.S.C. § 1332.

**THE PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED**

9. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Western District of Kentucky, Owensboro Division, and, as noted above, this cause of action is removable to the United States District Court for the Western District of Kentucky, Owensboro Division, pursuant to 28 U.S.C. § 1441.

10. Pursuant to 28 U.S.C. § 1446(a), copies of all papers, including all process, pleadings, and orders served on Trey in the State Court action are attached hereto.

11. This Notice of Removal is filed within thirty (30) days after receipt by Trey of the copy of the Complaint and summons in this action and the Baileys are estopped from seeking remand of this matter on this basis.

12. Notice to the Circuit Court of Webster County of the Commonwealth of Kentucky of the removal of this action, including a true and correct copy of this Notice is filed simultaneously with the Clerk of the Circuit Court of Webster County of the Commonwealth of Kentucky, as required by 28 U.S.C. § 1446(d) and is attached hereto as **Exhibit C.**

**NON-WAIVER OF DEFENSES**

13. By removing this action from the State Court, Trey does not waive any defenses available to it.

14. By removing this action from the State Court, Trey does not admit any of the allegations set forth in the Complaint, except for the allegations which may be expressly admitted in Trey's Answer to the Complaint.

**WHEREFORE**, the Defendant, Trey Exploration, Inc. removes this action from the Circuit Court of Webster County of the Commonwealth of Kentucky to the United State District Court for the Western District of Kentucky, Owensboro Division.

Respectfully submitted,

*/s/ Robert E. Maclin, III*
Robert E. Maclin, III, Esq.(#43025)
Scott A. Schuette, Esq. (#98591)
McBrayer PLLC
201 East Main Street, Suite 900
Lexington, KY 40507-1361
Telephone: (859) 231-8780
remaclin@mcbrayerfirm.com
sschuette@mcbrayerfirm.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January, 2022, a true and correct copy of the foregoing was served electronically with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, and a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid, this the 4th day of January, 2022, to the following:

Shannon N. King, Esq.
Hamilton Injury Law Group PLLC
110 North Main Street
Henderson, Kentucky 42420
curt@curthamiltonlaw.com

*/s/ Robert E. Maclin, III*
Robert E. Maclin, III, Esq. (#98591)
*Counsel for Defendant*