UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| BRIAN KEITH BAILEY and STACEY BAILEY <br><br> **Plaintiffs** <br><br> v. <br><br> TREY EXPLORATION, INC. <br><br> **Defendant** | ) ) ) ) ) ) ) ) ) ) ) ) ) |   Civil Case No. 4:22-CV-00001-JMH |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF CLAIMS OF PLAINTIFFS AGAINST DEFENDANT

\* \* \* \* \*

Plaintiff, Brian Keith Bailey and Plaintiff, Stacey Bailey and Defendant, Trey Exploration, Inc. pursuant to Rule 41 of the Federal Rules of Civil Procedure, by reason of Plaintiff, Brian Keith Bailey and Plaintiff, Stacey Bailey having pursued their claims herein under the provisions of the Kentucky Workers' Compensation Act, hereby stipulate and agree to the dismissal with prejudice, at the parties respective costs and expense, of the claims herein and assertable herein, of Plaintiff, Brian Keith Bailey and Plaintiff, Stacey Bailey against Defendant, Trey Exploration, Inc.

Now therefore it is hereby ordered that all claims herein and assertable herein of Plaintiff, Brian Keith Bailey and Plaintiff, Stacey Bailey against Defendant, Trey Exploration, Inc. are dismissed with prejudice, at the parties respective costs and expense, and this case is closed; with the claims of Plaintiff, Brian Keith Bailey and Plaintiff, Stacey Bailey against Defendant, Trey Exploration, Inc. to proceed under the provisions of the Kentucky Workers' Compensation Act.

So ordered.

*Joseph H. McKinley*

Joseph H. McKinley Jr., Senior Judge
United States District Court

March 1, 2022

1

TO BE ENTERED:

/S/ Robert E. Maclin, III, Esq. (KY Bar No. 43025)
Robert E. Maclin, III
*Counsel for Defendant, Trey Exploration, Inc.*

/S/ Shannon King, Esq.
 Shannon King
 *Counsel for Plaintiff, Brian Keith Bailey and
 Plaintiff, Stacy Bailey*